UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD J. HILLS, ) | |
| ) | |
| Plaintiff, ) | Case No. C10-1906-RAJ-BAT |
| ) | |
| v. ) | **ORDER DENYING** |
| ) | **PLAINTIFF'S MOTION TO** |
| KING COUNTY, *et al.*, ) | **REMAND** |
| ) | |
| Defendants. ) | |
| ) | |

The Court, having reviewed plaintiff's motion to remand, the papers filed in support of and in opposition to that motion, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Report and Recommendation is **ADOPTED** for the reasons stated therein. Though Mr. Hills did file an amended complaint after the Report and Recommendation was filed, the amended complaint still contains allegations that Defendants violated federal statutes, and therefore does not remove all bases for federal-question jurisdiction. *See* R&R (Dkt. # 15) at 4:2-3 (suggesting that remand could be appropriate if Mr. Hills amended his complaint to eliminate claims based on alleged violations of federal law);

2. Plaintiff's motion to remand (Dkt. 10) is **DENIED**;

ORDER DENYING PLAINTIFF'S MOTION TO REMAND- 1

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida so that a new pretrial schedule may be set.

DATED this 31st day of March, 2011.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION TO REMAND- 2