UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDWARD J. HILLS,

　　　　　　Plaintiff,

　　v.

KING COUNTY, et al.,

　　　　　　Defendants.

Case No. C10-1906-RAJ

**ORDER**

The Court, having reviewed the papers filed in support of and in opposition to defendants' motion for summary judgment, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby find and **ORDER**:

(1) The Report and Recommendation is **ADOPTED**[1];

(2) Summary judgment is **GRANTED** in favor of defendants and against plaintiff on the 42 U.S.C. § 1983 claims;

(3) Plaintiff's Americans with Disabilities Act claim is **DISMISSED** without prejudice for failure to exhaust administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a);

(4) The Clerk of Court is directed to send copies of this Order to plaintiff and to

---

[1] The court AMENDS the R&R to correct a typographical error to read: "The Court finds that the undisputed evidence demonstrates that Officer Lathrop's conduct did not amount to a constitutional violation." Dkt. # 55 at 6:10-11.

ORDER -1

Magistrate Judge Brian A. Tsuchida.

DATED this 24th day of May, 2012.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER -2